UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-14035-CR-MARTINEZ/MAYNARD

UNITED STATES OF AMERICA

    Plaintiff,

vs.

ENRIQUE RODRIGUEZ-MARTINEZ,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION ON CHANGE OF PLEA

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Shaniek M. Maynard on August 21, 2018. A Report and Recommendation was filed on September 5, 2018, [ECF No. 15], recommending that the Defendant's plea of guilty be accepted. The parties were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has reviewed the entire file and record and notes that no objections have been filed. After careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation [ECF No. 15], of United States Magistrate Judge Shaniek M. Maynard, is hereby **AFFIRMED and ADOPTED** in its entirety.

The Defendant is adjudged guilty to the sole Count of the Indictment, which charges the Defendant with being an alien who was previously deported or removed from the United States knowingly and unlawfully; who was found back in the United States without the express consent of the Attorney General of the United States or

his successor, the Secretary of Homeland Security (18 U.S.C. §§ 202(3), 202(4) and 557); without applying for re-admission into the United States; in violation of 8 U.S.C. §1326(a) and (b)(1).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 20 day of September, 2018.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copied:
Magistrate Judge Maynard
All Counsel Of Record